## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES,<br><br>Plaintiffs,<br><br>v.<br><br>EDGAR VEYTIA,<br><br>Defendant. | Civil Case No. _____<br><br>Jury Trial: Yes |

## **COMPLAINT**

This action arises from a pattern of violence, corruption, and lawlessness orchestrated by Defendant Edgar Veytia ("Veytia"), the former Attorney General of the State of Nayarit, Mexico. Acting in concert with a network of armed agents, complicit officials, and drug cartels, Defendant directed and approved a campaign of terror against citizens whose property, economic autonomy, or mere refusal to submit to demands threatened his illicit enterprise.

Plaintiffs—once farmers, small business owners, and local residents—strived to preserve their livelihood and dignity and became targets in Veytia's predatory system. They suffered torture, sexual violence, kidnappings, arbitrary detentions, and coerced property transfers. The dangerous and hostile environment created by Defendant and his associates made the basic pursuit of justice impossible in Mexico.

Through extortionate demands for money, coerced land sales, and fabricated charges, Defendant and his network of associates deprived Plaintiffs of their fundamental rights to liberty, security, and property. Plaintiffs' efforts to report these crimes were met with obstruction and

retaliatory violence, as Defendant exploited his official power to shield himself and his accomplices from accountability.

Plaintiffs now bring this action to hold Defendant accountable and to seek redress for the physical and emotional torture, as well as economic injuries they have sustained. They seek compensatory and punitive damages for the torture inflicted upon them, the enduring trauma suffered, and the invaluable property wrongfully taken. Their pursuit of justice challenges the longstanding corruption and organized crime in Mexico, whose influence and violence extend far beyond borders, impacting communities in both Mexico and the United States.

## PARTIES

### A.   Plaintiffs

Gerardo Montoya Barajas ("Montoya") and Yadira Yesenia Zavala Ibarría ("Yesenia") are a married couple residing in Tepic, Nayarit. Montoya is a small business owner and real estate agent, and Yesenia operates a coffee place in a market stall in Tepic. Together, they are victims of torture, and extortion orchestrated by Veytia and his associates. Under torture including sexual violence, the couple was coerced into signing over the deed to their property in Nuevo Vallarta, Nayarit.

Víctor Hugo Corchado ("Hugo") is a farmer from Tepic, Nayarit. Hugo was abducted multiple times and subjected to physical and psychological torture to coerce the sale of his family's property. He also witnessed the abduction and coercion of family as part of Veytia's campaign to seize their land.

Agustín Magallanes Paz ("Agustín") is a small business owner who lives and works in the rural area of Compostela, Nayarit. He was subjected to torture, and extortion by Veytia and his associates, who sought to forcibly take his land. Agustín endured physical torture, including

electric shocks, threats of harm to his four children, and coerced property sales at a fraction of their value. His two daughters and one son were also subjected to torture.

Yuri Disraili Camacho Vega ("Yuri") is a former police officer who served under Commander Eduardo Griss Kaufmann in Nayarit. Yuri was targeted by Veytia after opposing directives to protect the Beltran Leyva Cartel. He was subjected to threats, and torture, including waterboarding, to compel compliance and silence, and was forced to flee Nayarit to seek refuge from Veytia. Yuri's family paid exorbitant extortion fees to secure his release, and he continues to live in exile, fearing for his life.

Gerardo Contreras Inda ("Contreras"), a resident of Nayarit and a close friend of the Corchado family, was abducted and tortured by Veytia and his associates. Under torture, Contreras was coerced into selling his land for a fraction of its value. His knowledge of the Corchado family's ordeal and his involvement in securing ransom funds for their release made him a target by the same network.

### B.    Defendant

Edgar Veytia served as a foreign nation's public official at all relevant times. He systematically abused his positions of power to operate a network of associates who engaged in torture, extortion, and corruption. Acting in concert with local officials, law enforcement officers, and cartel members, Veytia orchestrated a campaign of terror against Plaintiffs and other civilians in Nayarit. Veytia was recently released from a prison sentence in the United States for drug trafficking. Yet, he remains the central figure in a broader scheme of systemic human rights abuses and corruption.

In 2012, Veytia became the highest-ranking officer responsible for law enforcement in the Nayarit government—Attorney General. During his tenure as Attorney General, Veytia managed

or influenced the different police state and municipal forces in the state of Nayarit, including creating new sections within like the "Elite Force Nayarit Police", in an effort to retain full command and control over them. In his capacity of Attorney General, he controled the state prisons in Nayarit.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1350, which provides district courts with jurisdiction to address claims based on acts of torture committed by an individual acting under actual or apparent authority, or color of law, of any foreign nation.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(3), because defendant does not reside in any State and the events or omissions giving rise to Plaintiffs' claims occurred in Mexico. Upon information and belief, Defendant, is not subject to jurisdiction in any State's courts general jurisdiction and exercising jurisdiction over Defendant is constitutional. Plaintiffs' claims arise under federal law. *See* Fed. R. Civ. P. 4(k)(2).

## FACTUAL ALLEGATIONS

### A.    Historical and Political Context

Nayarit is a small state on the Pacific Coast of Mexico situated between the larger states of Sinaloa, Jalisco, Durango, and Zacatecas. It is roughly the size of Massachusetts. While the small state grows a variety of crops and is a popular tourist beach destination, it is also known for its heroin production in the heavily indigenous highlands.[1] Nestled between the key drug-trafficking states of Sinaloa and Jalisco, Nayarit became an important territory, both due to its strategic

---

[1] Nathaniel Morris, Nayarit and the Making of a Narco State, Mexico Violence Resource Project (Nov. 23, 2020), *available at* https://www.mexicoviolence.org/post/nayarit-and-the-making-of-a-narco-state.

location connecting with both states and its highways that stretch northward, all the way to the U.S-Mexico border. With poppy seeds and trafficking came cartels. Specifically, during the last fifteen years, the Beltran Leyva Cartel and later, the Jalisco Nueva Generación Cartel ("CJNG").

In 2006, former Mexican President Felipe Calderón declared "war" on the nation's cartels. While the federal government's military cracked down on cartels, extreme and generalized violence surged.[2] The war on drugs in Nayarit created the opportunity for the Beltran Leyva Cartel to extend its influence in local governments. Ultimately, the Beltran Leyva Cartel gain unprecedented sway over state authorities in Nayarit (including the former governor of Nayarit—Roberto Sandoval—and Veytia).[3] Government officials, like Defendant, were more concerned with protecting the cartels than the public.

**B.     Veytia's Power and Culture of Fear**

Edgar Veytia was born in Tijuana, Mexico in June 1970. He attended school in San Diego, California, United States. He later moved to Mexico to attend college. Veytia studied law in Tepic, Nayarit, Mexico. Veytia held multiple public offices at both the local and state level in Nayarit during the relevant period. Ultimately, he became the highest-ranking officer responsible for law enforcement in the Nayarit government—Attorney General.[4]

---

[2] By 2010, the capital city of Tepic reported 357 homicides committed in one year and had a homicide rate of 83 homicides for every 100,000 inhabitants, ranking it the eleventh most dangerous city in the world. The intensification of violence was twofold. Not only did the number of crimes committed increase, but also, the crimes became more audacious. There were massacres, confrontations between the security sector and civilians in public places, the display of skinned or burned bodies at main roads of Tepic, and other heinous crimes were committed. *See, e.g.*, Karina Cancino, Desaparecer toda prueba: la Fiscalía de Nayarit destruye evidencias (y ahonda dudas), Aristegui (Apr. 14, 2023), https://aristeguinoticias.com/1404/mexico/desaparecer-toda-prueba-la-fiscalia-de-nayarit-destruye-evidencias-y-ahonda-dudas/ (describing disappearances and cover-ups by the Attorney General's office under Veytia then and now).

[3] Garcia Luna Transcript 1234:10–25, 1235:1-9.

[4] He became the Director General of Municipal Public Security (Secretary of Security) for the

Veytia wielded immense power over the police, investigatory authorities, and prosecutorial decisions. He cultivated a "tough-on-crime" persona, adopting the nicknames "Diablo" or "El Diablo" while building up the security forces. However, behind this public facade, Veytia collaborated with the Beltran Leyva Cartel and its local group and later the CJNG. According to his own testimony, Veytia accepted bribes and made deals to protect cartel interests. At the behest of then-mayor Roberto Sandoval, Veytia met with leaders of the Beltran Leyva Cartel and agreed to back their operations. In return, he ensured cartel members avoided imprisonment while targeting their rivals, such as the Sinaloa Cartel. Veytia also reportedly collaborated with CJNG, providing protection for their transfers, shielding their members from arrest, and facilitating their operations in regions like Nuevo Vallarta, Bahia de Banderas.

Veytia abused his position to commit human rights abuses and to instill a culture of fear throughout Nayarit. He exploited his authority to orchestrate land grabs forcing citizens to sell their properties through coercion, including threats, torture, disappearances, and extrajudicial killings. The confiscated lands or cash were retained by Veytia and distributed to his associates, such as Roberto Sandoval, the former governor of Nayarit. He used a network of Public Notaries to legitimize these unlawful transactions, in furtherance of his control and influence. Veytia personally tortured, including electric shocks, waterboarding and beatings on civilians in Nayarit. He facilitated the cartels' access to killing people in detention facilities under his control and interfered with investigations.

---

City of Tepic from August 2009 to September 2011. Between September 2011, and January 2012, Veytia was the Sub-procurator/Deputy Prosecutor, before assuming the role of Acting Attorney General/Procurator General from January 2012 to July 2012, due to the absence of the Procurator. He continued as Acting Attorney General from July 2012 to February 2013, following the resignation of the Procurator/Prosecutor. Veytia was appointed Attorney General/Procurator General by the Nayarit Congress in February 18, 2013.

Veytia's actions left a legacy of fear and impunity, cementing his role as one of the most notorious figures in Nayarit's history.

### C.    Veytia's Influence Over Law Enforcement and Order in Nayarit

During his tenure as Attorney General of Nayarit, Veytia centralized all law-and-order matters from both the state and 19 out of 20 municipalities in Nayarit. He became the authority who concentrated the most power in the history of the state in terms of law enforcement, powers distributed among various departments prior to his tenure.

In Mexico, law-and-order matters fall under the jurisdiction of the federal, state and municipal authorities. Within the Mexican legal system, public security encompasses crime prevention, criminal investigation and prosecution, prison facilities management and the enforcement of administrative penalties. Police forces operating under the Federal or State Offices of the Attorney General should be exclusively focused on the investigation of crimes.

As Attorney General, Veytia relied on three key mechanisms to consolidate his power and control over law-enforcement matters in Nayarit: (i) He was appointed as the Executive Secretary of the State Public Security System of Nayarit.[5] This position granted him the authority to shape Nayarit's law-and-order policy, forge agreements with federal police and military, subordinate state and municipal police forces to the FGEN, and control direct access to federal funds for law-and-order institutions in Nayarit.[6] (ii) Although FGEN regulations limited his jurisdiction to the members of the Investigation Police (around 680), under Veytia these restrictions were dismantled.

---

[5] His role as Deputy Attorney General, and then Attorney General of the State precluded him from holding another public position.

[6] Garcia Luna Transcript 1259: 23-25; 1260: 1-7; 1276: 22-25; 1277: 1.  Veytia has also been sanctioned by the auditing body of the Mexican Congress for the inappropriate use and diversion of federal funds in the fiscal year of 2015.  Casefile: DGRRFEM/B/04/2020/15/284.

FGEN became the single body for security in Nayarit. FGEN extended control to around 1,100 officers of the State Public Security Department, consolidating power at the state level. (iii) He did the same with 19 of the 20 municipal police institutions in Nayarit. Though formally under municipal employment, he subordinated around 1,000 municipal police officers to his command at FGEN.[7] He also became the point of contact for the federal forces—both civilian and military— operating in Nayarit.

Veytia consolidated control over almost 3,000 police officers in Nayarit. He also recruited FGEN, state, and municipal police officers and united them under what he called the "Elite Force Nayarit Police". This force answered solely to him, cementing his authority over law enforcement in Nayarit. Veytia seized power and transformed his role to exert de jure and de facto control over police forces and prison facilities in Nayarit, while also shaping the operation of the state's judiciary through intimidation and coercion.

### D.    Veytia Pleads Guilty in U.S. Court

In March 2017, Veytia was arrested at the Tijuana A.L. Rodríguez International Airport Cross-Border Xpress Bridge for his involvement in a 2013-2017 scheme to import drugs into the United States. In 2019, he pled guilty to one count of international conspiracy to manufacture and distribute narcotics in the United States and was sentenced to 20 years in prison. While in prison, his family members and associates have continued to operate his transportation businesses. Throughout his time in prison, Veytia has readily cooperated with U.S. authorities in return for motions to reduce his sentence. In April 2024, his sentence was reduced to 120 months (10 years) due to his substantial assistance in the prosecution of former Mexican Secretary of Public Security

---

[7] Garcia Luna Transcript. 1278: 17-25.

Genaro Garcia Luna (Rule 35 motion) in the Eastern District of New York. According to information from the Federal Bureau of Prisons, he was released February 10, 2025.

### E.    Gerardo Montoya Barajas and Yadira Yesenia Zavala Ibarría

#### a.    Background and Property Transactions

Montoya and his wife, Yesenia, residents of Tepic, Nayarit, are small business owners who own a real estate brokage and coffee shop. The Montoya family also owned multiple properties, including land in Tepic. In March 2016, Montoya received a call from Carlos Alberto Saldate Castillon ("Saldate") a close associate of Veytia, who expressed interest in purchasing one of the properties Montoya was selling in Tepic. The sale was finalized on May 24, 2016. After the sale, Saldate and Montoya developed a close friendship. Montoya offered Saldate the use of a property he and Yesenia owned in Nuevo Vallarta. During these encounters, Saldate mentioned he was a friend of Veytia.

#### b.    Kidnapping, Torture, and Extortion: June 24, 2016

On June 24, 2016, Montoya and Yesenia celebrated Yesenia's birthday at a restaurant in Tepic. As the couple drove back home, they were intercepted by FGEN vehicles occupied by men carrying long guns wearing uniforms of "Policia Nayarit" (Nayarit Police). The couple was removed from their truck at gunpoint, handcuffed, and verbally abused. The Montoyas were loaded back into their own car. Montoya was beaten while being transported, and the armed men demanded to know how much money he had received from the property sale of Proyecto and San Luis. They informed the couple that "the boss Veytia" requested to see them and that they were in custody to be taken to him.

Montoya and Yesenia were taken to the FGEN headquarters in Tepic. At the FGEN headquarters, Montoya and Yesenia were separated. Montoya was taken into a room adjacent to

the offices of the "Investigation Police," at the courtyards of the FGEN building. Yesenia, still in the custody of the armed men, was forced to stay in the patio right outside of the room Montoya was in.

Gerardo was locked inside the room with six FGEN agents and Commander Valdivia. Valdivia struck Montoya in the head, in the face and his whole body with a rifle. He was asked again about his properties and their value. Valdivia told him that he was "fucked" unless he cooperated and did exactly what the boss Veytia wanted. Valdivia threatened Montoya with death. Due to the physical and mental suffering inflicted, Montoya's blood pressure rose to such high levels that Valdivia called a paramedic to check on Montoya, so he could keep torturing him.

Around 6:30-7:00 PM, Montoya was taken to a large meeting room, adjacent to what he believed was Veytia's office. Carlos Saldate was there, along with ten heavily armed, uniformed men. Veytia entered the room carrying his personal gun. Playing with his gun in a menacing way, Veytia told Montoya that he was screwed and that he needed $1,000,000 MXN before 11:00 PM. If Montoya did not comply, he would be sent to the prison of Nayarit. Gerardo recognized that the director of the Nayarit 'Venustiano Carranza' prison, Rafael Gamboa Soto, was also there, since they are distant relatives. Veytia asked one of the members of his security detachment to tell Montoya how many people they have killed. The officer replied that they have killed more than a thousand people. Veytia threatened Montoya to coerce his will: "you can be the next one."

Carlos Saldate then approached Montoya and told him he better comply with Veytia's requests or otherwise Veytia would kill him. He suggested surrendering the Vallarta house in exchange, knowing it was worth twice as much as what Veytia was demanding, to appease his coercion. Veytia reiterated the demand for money and threatened Montoya again with death if he refused.

While Montoya was tortured, his wife Yesenia was detained outside from where she could hear her husband's been physically and mental tortured. She was subjected to sexual harassment and threats by male agents.

Montoya was taken to the first room in FGEN's courtyards again. Yesenia was brought to the room and Montoya asked her to retrieve the deeds to their Nuevo Vallarta house. Armed men gave Yesenia her phone back but warned her to not to tell anyone about what happened, threatening with killing her husband is she did.

When Yesenia left to retrieve the deeds to their Nuevo Vallarta house she was sexually abused by male and female officers. Gerardo was made aware of his wife's abuse.

### c.    Forced Sale of Property

Yesenia retrieved the deed and brought it back to the FGEN. Upon arrival,  armed men snatched the deeds from her and forced her to wait in the same patio she had earlier.

 Montoya was forcibly taken to a notary's office, where a fraudulent sale of their Nuevo Vallarta Property took place. Montoya and Yesenia received no money from the transaction.

### d.    Coerced Confession and Threats

After the forced sale, Montoya was returned to the FGEN headquarters, where Yesenia was being held. Gerardo was forced to sign a false statement admitting that he resisted a police search and that he had threatened someone with a machete. Before being released, Montoya was taken to Veytia's office where Veytia explicitly threatened him: "If you say anything, you're a dead man."

### e.    Attempts at Justice and Continued Harm

After the events of June 2016, Carlos Saldate continued harassing to finalize the house deed before the public registrars. Cognizant of Veytia's threats, they had no choice but to comply

with Saldate's requests. Montoya and Yesenia were afraid of reporting what happened to them before the same authority who torture them: Veytia's FGEN.

Since their torture, both Montoya and Yesenia have suffered severe physical and psychological post-traumatic stress. Montoya experiences nightmares regularly. Yesenia suffers from severe anxiety, insomnia, and gastrointestinal issues. Despite their efforts to seek justice and Saldate's imprisonment, to this day, the couple continues to receive threats from associates of Veytia.

**F.    Víctor Hugo Corchado**

*a.    Background*

The Corchado family were dairy cattle ranchers from Tepic, Nayarit. José Cruz Corchado Partida ("José") and his wife, María Socorro Partida López ("María"), are the parents of Víctor Hugo Corchado ("Hugo"). Hugo is married to Edelmira Rojas Cabello ("Edelmira"), and they have two children. The family owned a dairy farm in an area formerly known as Ladrillera, which later developed into Plaza Forum, adjacent to a large shopping center. Municipal authorities, particularly under the government of Ney Gonzalez Sanchez (2005-2011), showed interest in the Corchado property due to its prime location. Despite the family's ownership being validated since 1945, the municipal government and others targeted the property with threats and harassment.

*b.    Property Targeting and Continued Threats*

Shortly after the kidnapping, Carlos Saldate, associate of Veytia and at the time Director General of Municipal Public Security for the City of Tepic, contacted José letting him know that he knew the family was under financial strain and that he was interested in purchasing the family's property – at a price much below the market value. José refused the offer.  Saldate then threatened

the family Jose could be kidnapped as it happened to Hugo and this time paying a ransom may not be enough.

In the following weeks, Saldate José, that Veytia wanted to meet with him. José said he was not interested and threats escalated. Jose, Hugo's father was abducted from his home by armed and hooded men. He was taken to Veytia's office where Veytia, Saldate and others were waiting. Veytia threatened him with a gun and told him he needed to sell the land to his associates and indicated that his godson, Eduardo Ávalos Rosas ("Rosas"), would be in charge. He made clear that if he did not comply, the Corchado family would be further tortured and killed.

These incidents intensified between May and July 2012. During this period when  Veytia was serving as acting Attorney General, the Corchado family suffered threats, abductions, and were severely harassed by Veytia and police officers under his command and control.

    *c.*  *Forced Sale of Land*

On October 9, 2012, armed men led by Saldate abducted Hugo's father and mother from their home, forcing them to a Notary Public to coerce them to transfer their property to Veytia's associates, the Saldate family and Rosas. The coerced and simulated sale is documented and fraudulently reports that the Corchado family received money in exchange.

    *d.*  *Harassment and Harm to the Corchado Family*

The family continued to be intimidated by associates of Veytia and Saldate. These threats prevented Hugo's children from attending school.

The threats and harassment caused significant and prolonged physical and mental harm. José developed severe diabetes, exacerbated by stress, which led to the amputation of two of his toes. Hugo suffers from severe anxiety, crying episodes, and chronic fear. His vision dramatically deteriorated due to neglected health and required surgery in 2021, with future procedures needed.

Edelmira, has endured psychological trauma from the threats to her family and is now Hugo's caretaker due to the harm he suffered.

    e. *Attempt at Justice*

The Corchado family could not even think of the possibility of filing a criminal complaint against Veytia while he remained in power. In October 2017, months after the fall of Veytia and once Governor Roberto Sandoval's term had ended, José and Hugo filed a complaint against Edgar Veytia, Roberto Sandoval, Carlos Saldate, and others for kidnapping, extortion, torture, threats, forced disappearance and property dispossession. Despite filing the complaint, they continue to face threats and harassment.

  **G.** **Agustín Magallanes Paz**

    a. *Background*

Agustín lives in rural Compostela Nayarit, and has various small business, including a fruit stand and a restaurant. He also holds a property in the Peñita de Jaltemba ejido (communal agricultural land), one of the wealthiest yet most corrupt ejidos in the region. Agustín has two daughters – Brenda and Iris – and two sons –Paul and Roman –all adults, with whom he works. Over the course of several years, Agustín and his family were targeted by local authorities, including Veytia and his associates, for their refusal to relinquish valuable land.

    b. *2011: Land Invasion and Initial Threats*

In 2011, Francisco Zúñiga ("Zúñiga") a leader of the ejido Peñita de Jaltemba, acting on behalf of unnamed powerful figures, pressured Agustín to abandon part of his land in the ejido. Agustín purchased and holds official sale documents accrediting rights over the property through official instrument dated August 2001.

When Agustín refused, a campaign of persecution and threats against him and his family was launched. Zúñiga, organized in spring 2011 an invasion of the plot of land with over 100 people. Zúñiga claimed he was acting on orders from "the boss." The occupation lasted about a week, until Mexican Marines intervened to prevent any disturbances, allowing Agustín to reclaim his land.

           c.      *2012: Torture and Forced Land Surrender*

On April 10, 2012, Agustín was intercepted by hooded and armed men driving a vehicle from the Nayarit police while driving from his place of business to his home. Agustín was forced to leave his car, and he was thrown into the police vehicle. Once inside, he was secured and blindfolded and transported to near town of Las Varas in Compostela. His truck was loaded with narcotics to frame him with drug related offenses, and then he was transported to the FGEN in Tepic.

On the following day, Agustín was tied to a chair and tortured in a detention area of FGEN. He was beaten in his abdomen, lower back, and ribs and subjected to electric shocks despite his protests of having heart problems. The torturer said that he was acting on the boss's orders. The agent revealed that "the boss" was Attorney General Veytia.

Agustín's family learned of Agustin's detention and his daughter, Brenda presented a writ of protection (akin to the writ of habeas corpus) on April 11, 2012, on behalf of her father.

During Agustín's torture, both Veytia and his associate, Roberto Quiñones Salcedo ("Quiñones"), were present and threatened Agustín with imprisonment where he would be killed, if he did not cooperate. They demanded that Agustín relinquish his land, which they said had been part of a political deal with the ejido during past local elections. Veytia also ordered him and his

daughter, Brenda, to drop all complaints, including the writ of protection she had filed for his release. Agustín offered to sign whatever "the boss" wanted to stop the torture.

Veytia forced Agustín to agree to cede his land to the ejido. Under duress, Agustín agreed to transfer his property. With ejido representatives participating, he was forced to sign documents relinquishing his land for $500,000 MXN, a marginal percentage of its value.

Agustín was liberated late April 12, 2012, and has since feared for his life and his family's wellbeing. He fled into exile and lived away from Nayarit for many years.

On April 13, 2012, persons from the ejido backed by the FGEN forcibly seized Agustín's land and his property, including a fruit stand or *palapa*. He was only able to regain access to his land, in 2021, under a protection measure ordered by the current authorities of Nayarit, which continues to be in place.

> d.    *Arbitrary Imprisonment of Agustín's Two Daughters and Son Under Inhumane Conditions and Enduring Torture*

In November 2012, Agustín's two daughters, Brenda and Iris, and one of the sons, Paul, were arbitrarily detained and charged with fabricated criminal acts. They were all told they were being held in retaliation to his father, and to prevent him from pursuing legal actions against Veytia and his associates. They were subsequently tortured . Their prolonged detention and torture used for the sole purpose of retaliation against Agustín, caused him great mental pain and suffering.

Brenda and Iris were subjected to torture, inhumane and degrading treatment, including forced nudity, lack of food and water.

Iris, who had a pre-existing condition, was taken to the infirmary under the guise of receiving medical care but was repeatedly raped by a male prisoner. Iris was segregated in the infirmary for at least two months. She was released from prison after approximately five months but remained under house arrest. She is severely traumatized and remains in fear of being

rearrested.

Brenda was placed in a section of the prison for "dirty women," where rape and sexual exploitation was common. This section contained no beds or proper light, and Brenda was forced to sleep on the floor with rats and bugs. Throughout Brenda's stay in prison, she met with Veytia on at least three occasions. Each time, she was told that she was in prison because of her father's petition against Veytia as well as the fact that her father would not bend to Veytia's will. During each visit, Veytia had a gun and threatened Brenda. On one occasion, while Brenda was handcuffed and seated at a table, Veytia put a loaded gun to Brenda's head, threatening her that he would kill her if she did not get her father to do what Veytia wanted.

Paul was detained in the men's prison in Tepic under similar conditions. For six months, he was held in overcrowded quarters with 50-60 other inmates before being moved to the psychiatric ward.

Brenda and Paul remained in prison just under five years. The daughters and son imprisonments were used as leverage against Agustín, with officials warning that they would remain detained and in danger unless he complied with their demands.

> e. *Continued Harm and Attempts at Justice*

Agustín and his family suffered severe physical and mental harm. First, the torture and threats imposed on Agustín caused long-term trauma, anxiety, and physical deterioration. Second, Brenda and Iris' torture including sexual violence guised under medical care and degrading prison conditions. Third, Paul suffered prolonged detention in inhumane conditions.

Agustín filed multiple complaints against Veytia, Quiñones, Zúñiga, and other officials: 2011 complaints against ejido members for land invasion and threats (BUC/1/EXP/172/2011; PEÑ/EXP/116/2011; PEÑ/EXP/202/2011; 2012 incident report filed with the federal Attorney

General's Office by one of Agustín's daughters against his illegal detention by members of FGEN, 2013 incident report AC/037/UEIDCSPCAJ/2012 filed with the federal Attorney General's Office); and in October 2017 a criminal complaint against Veytia, Sandoval, Quiñones, Zúñiga, and others for kidnapping, torture, forced disappearance, death threats, extorsion and property dispossession (NAY/TEP-III/RH/11047/17).Wondering if this should be a footnote?

Despite these efforts, justice has been elusive. The case against Zúñiga led to his pretrial detention for 10 months; he was then conditionally released. The case against Zúñiga is ongoing.

### H.    Yuri Disraili Camacho Vega

#### a.    *Background*

Yuri Disraili Camacho Vega, a police officer, served in various roles within Nayarit's law enforcement agencies, including the Public Security Secretary Nayarit State under Commander Eduardo Griss Kaufmann ("Comandante Griss"). In 2011, he rejoined the state police as part of Commander Griss's detachment due to his reputation as an "old guard" officer. The conflict between Commander Griss's principles and Attorney General Veytia's directives to protect the Beltrán Leyva Cartel placed Yuri and his colleagues in a dangerous position. Commander Griss opposed orders to release cartel members, ignore the cartel's crimes, and target rivals like the Sinaloa Cartel, leading to escalating threats against Yuri.

#### b.    *2012 Threats Against Yuri*

In or around 2012, as part of Commander Griss's team patrolling opium-producing regions, Yuri came under threat. Before April 10, 2012, Yuri was taken by members of the Nayarit police to Veytia's office, where he was threatened with death and ordered to leave Nayarit. Fearful for his safety, Yuri resigned as a police officer on March 19, 2012, and fled to Mexico City for two months and then moved to Mazatlán, Sinaloa.

On April 10, 2012, Yuri filed a criminal complaint with the Attorney General's Office and the Special Investigations Unit for Organized Crime (SEIDO) at the federal level, accusing Veytia of participating in organized crime activities. This complaint sought to establish Veytia's criminal responsibility for federal offenses.

<em>c.     2013-2014 Arbitrary Detention and Torture</em>

In October 2013, Yuri returned to Tepic to visit his ailing mother. Shortly after crossing into Nayarit, federal agents stopped him, accused him of driving a stolen vehicle, and notified state authorities of his return. At 1:30 AM on November 1, 2013, Yuri was transported to the Rosamorada municipal police station, where Commander Jaime Gabriel Romero Montejo ("Comandante Jimmy") and 8-10 agents arrived. Yuri was blindfolded, handcuffed, and forcibly taken to Tepic.

Yuri was taken to the FGEN headquarters, where he was tortured. Agents wrapped his legs and torso in plastic, restrained him, and waterboarded him repeatedly over several hours. He was also beaten and kicked, causing him to vomit. During the torture, the agents demanded information about Commander Griss's whereabouts, but Yuri denied knowing anything. The torture continued until Yuri was physically and mentally broken.

On November 3-4, 2013, Yuri was transferred to the Venustiano Carranza state prison in Tepic and placed in the low-risk section. Yuri's sister paid $10,000 MXN in bail for the vehicle theft charge, but state authorities demanded an additional $1,500,000 million MXN for his release. Despite his family paying part of the extortion fee of $900,000 MXN, Yuri remained imprisoned.

Starting in mid-November 2013, Yuri was repeatedly threatened by inmates and guards following Veytia's orders. On November 12, 2013, Yuri's family was again asked for an additional $1,000,000 MXN to ensure that "something bad did not happen to Yuri in prison." On that

occasion, the family was able to round up almost $800,000 MXN.

In February 2014, Yuri sister's car was set on fire in front of their mother's house as a warning. On February 21, 2014, Veytia told Yuri that if his family did not pay more money, worse would happen.

### d.    Release and Withdrawal of Complaint

In late March 2014, Yuri was taken to Veytia's office. Veytia threatened Yuri to pay $1,000,000 MXN, withdraw his federal criminal complaint against Veytia, and agree never to return to Nayarit or he and his family will be killed. The family collected part of the sum and told the mediating lawyer that they would not pay until Yuri was released. In total, the family paid $2,080,000 MXN in extortion fees. Yuri was eventually released on March 31, 2014, but his charges were not formally dropped. Shortly after, on April 25, 2014, he withdrew the federal criminal complaint he had lodged against Veytia who told him that he had to leave Nayarit to never come back to Nayarit  or that he would kill him.

### e.    Post Release Exile and Continued Fear

After his release, Yuri fled Nayarit and relocated to Mazatlán. He has remained in constant fear for his life and was unable to return to Tepic. His family relationships have deteriorated due to the financial and emotional toll of the extortion. Yuri's failure to report periodically to the Nayarit courts, as required under his conditional bail derived from the charges fabricated against him, led to warrants for his recapture.

### f.    Impact on Yuri and His Family and Attempts at Justice

Yuri suffered severe physical and psychological trauma due to torture, wrongful imprisonment, and extortion. His professional reputation was destroyed, and he lives in fear of retribution. The extortion payments and threats strained family dynamics. The threats and violence

instilled by Veytia prevented Yuri and his family from seeking justice or returning to their home state.

In 2012, Yuri filed a federal criminal complaint against Veytia in Mexico, accusing him of involvement in organized crime. This complaint was withdrawn under duress in 2014 as a condition of Yuri's release after his arrest. During Yuri's detention in 2013, his sister filed a habeas corpus petition challenging the legality of his detention. The petition failed to secure Yuri's release due to manipulation and obstruction by state authorities. In 2018, Yuri's sister also lodged a criminal complaint addressing his prolonged wrongful detention, but did not include the torture he endured due to fear. Fearing further retaliation, Yuri did not file any additional charges against Veytia after 2014.

## I.      Gerardo Contreras

### a.      Background

Gerardo Contreras, a local businessman in the construction and transport sectors in Tepic, Nayarit, was a close friend of the Corchado family. Contreras was instrumental in helping the Corchado family gather ransom money during the 2010 kidnapping of Hugo and was present when the ransom was delivered to Hugo's captors. This close relationship and his knowledge of the pervasive violence and corruption in the region made Contreras acutely aware of the dangers posed by refusing to comply with demands from Veytia and his associates.

### b.      March 2013 Coercion and Forced Sale of Property

At the end of 2012, Saldate contacted Contreras, claiming to be acting on behalf of Attorney General Veytia, to request that Contreras sell a house he owned in Colonia Benito Juárez, Tepic. Saldate knew of the existence of this property because its ownership was transferred from the Corchado family to Contreras as a part of the payment for the money he lent for paying the

ransom for Hugo's release. Contreras refused and the threats escalated.

In January 2013, Contreras received a new threatening call from Saldate: Veytia was requesting Contreras's presence in FGEN. Contreras refused; Saldate referenced the torture received by the Corchado family, also emphasizing the violence, disappearances, and torture inflicted on others who had defied them.

On March 21, 2013, Contreras received a new call from a person who identified himself as Attorney General Veytia. Veytia told Contreras that if he did not report to FGEN he would kidnap his mother. Contreras consented to appear at FGEN. Veytia sent Commander Quiñones who arrived at Gerardo's home with four trucks of officers. Gerardo Contreras was taken to the FGEN.

At the FGEN headquarters, Contreras was confronted by Veytia, Quiñones, Saldate, Valdivia, Carlos Alberto Rodríguez Valdez, Veytia's private secretary, and others. Referencing what had happened to Hugo, Veytia made it clear that any disobedience would result in similar or worse consequences. Contreras, fearing for his life and his mother's safety, felt he had no choice but to comply. Veytia and Saldate placed Gerardo in the back of an unmarked, large SUV and drove to a bank around 100-300 meters from FGEN.

Although Contreras did not want to sell his property, he requested $1,800,000 MXN because he feared suffering the same fate as Hugo. Nonetheless, Veytia placed a wire order from his personal account to Contreras's bank account for $500,000 MXN and completed the property sale transaction.

Contreras, acting on behalf of his mother, signed over the deed to her property. When Contreras protested that he had only be given a fraction of the money requested, Veytia warned him that he should comply if he did not want his family harmed.

On March 26, 2013, Veytia called Contreras again and ordered him to take his mother,

owner of the Contreras's family house, to the Notary to finalize the deed. threatening them with sending his armed men if them did not show up. Contreras and his parents completed the deed without even seeing what they were signing.

        *c.*     *Attempts at Justice*

Just like the other Plaintiffs in this case, Contreras did not initially file a criminal report following the incident, as doing so would have meant reporting the crimes to the very authorities responsible for them. Like many others in Nayarit, he feared retaliation from Veytia and his racket, known for silencing dissent through violence and intimidation. However, on December 9, 2019, after Veytia's arrest and the dismantling of his criminal network, Contreras filed a criminal complaint against Saldate and others for torture, aggravated kidnapping and serious threats. This case culminated with Saldate found guilty of aggravated kidnapping. He was sentenced to 35 years in prison and the court awarded Contreras $3,245,779.02 MXN in damages. Saldate's sentence is currently under appeal.

## PLAINTIFFS HAVE NO ADEQUATE ALTERNATIVE REMEDIES

There is no adequate alternative remedy available in Mexico to Plaintiffs for the claims asserted here.

Organized crime systematically infiltrated all levels of local and state government—prosecutors, police forces, notaries public, and even high-ranking officials tasked with ensuring justice and public security. These authorities, instead of protecting citizens, have formed relationships with powerful cartels, notably the Beltrán Leyva Cartel and the Jalisco New Generation Cartel, profiting from a perpetual cycle of violence, corruption, and impunity.

Victims who attempt to report violations, seek redress, or reclaim property face immediate, life-threatening repercussions. When they approach law enforcement, they often find themselves reporting crimes to the same officials who orchestrated and carried out the wrongdoing.

Over time, Plaintiffs learned that "official" paths—filing complaints at municipal offices, lodging criminal reports before the state Attorney General's Office (FGEN), or submitting petitions to federal prosecutors—are not genuine avenues for remedy.

## **CAUSE OF ACTION**

*Torture under the TVPA*
(All Plaintiffs)

The allegations set forth in the above paragraphs are re-alleged and reincorporated by reference as if fully set forth below.

While the Plaintiffs were under Defendant's control, Defendant intentionally inflicted severe pain and suffering on Plaintiffs to punish them for refusing extortionate demands, intimidate them into silence, and coerce them into relinquishing property or signing false statements, among other acts. .. Plaintiffs were subjected to physical beatings, electrical shocks, waterboarding, sexual abuse, rape, intimidation, false imprisonment, threats of infliction of severe pain or suffering and death against them or their relatives, which constitute torture under the Torture Victim Protection Act, 28 U.S.C. § 1350 note.

Defendant acted under "color of law" and foreign "official authority" as he served as public authority at both the local and state level in the Nayarit during the relevant period, including Attorney General of the State of Nayarit, Mexico. As a high-ranking government official with command responsibility over law enforcement and prosecutorial functions, he directed, oversaw and or controlled the torture inflicted upon Plaintiffs.

Defendant directly committed the acts of torture described herein or authorized, tolerated, and knowingly ignored the torturous acts committed by his agents in furtherance of Defendant's land seizures.

Defendant, directly or through his agents, acted under actual or apparent authority, or color of law by holding the Office of Attorney General, using FGEN facilities, and employing FGEN agents to commit the acts described herein.

The acts perpetrated against Plaintiffs were not isolated incidents but part of a widespread and systematic pattern of abuse. Such patterns of abuse can constitute crimes against humanity under customary international law if found to be part of a state-sanctioned or tolerated policy directed against a civilian population. The systematic and pervasive nature of Defendant's acts underscores the severe violations of fundamental human rights norms.

Plaintiffs have exhausted all remedies, and any local judgment would be futile or lead to reprisal against Plaintiffs.

Defendant's violation of the TVPA proximately caused Plaintiffs to suffer severe physical injuries, emotional trauma, mental anguish, prolonged mental harm, loss of property, economic harm, and ongoing fear and insecurity.

Defendant's conduct was willful, wanton, and undertaken in reckless disregard of Plaintiffs' rights and well-being, warranting the imposition of compensatory and punitive damages.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs request entry of judgment in their favor and against DEFENDANT, inclusive, as follows:

A. An order awarding Plaintiffs compensatory and punitive damages and their reasonable litigation expenses and attorneys' fees; and

B.  All other relief that would be just and proper as a matter of law or equity, as determined by

the Court.

Dated: February 21, 2025

By: /s/  *Graham R. Cronogue*
Attorney for Plaintiffs,

Graham Cronogue (Bar No. 104436)
Ashley Calcagno (Bar No. 90029279)
BAKER MCKENZIE, LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
graham.cronogue@bakermckenzie.com
ashley.calcagno@bakermckenzie.com
Phone: +1 202 835 6249

Scott H. Frewing, (*pro hac vice* forthcoming)
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
scott.frewing@bakermckenzie.com

Paul L. Hoffman, (*pro hac vice* forthcoming)
Melanie Partow, (*pro hac vice* forthcoming)
U.C. Irvine School of Law
Civil Rights Litigation Clinic
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: +1 310 717 7373
hoffpaul@aol.com
melaniepartow@gmail.com