IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES,<br><br>      Plaintiffs,<br><br>  v.<br><br>EDGAR VEYTIA,<br><br>      Defendant. | Civil Case No. 1:25-cv-00530-TJK |

**NOTICE OF PROOF OF SERVICE OF SUMMONS , COMPLAINT, AND OTHER CASE-INITIATING DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiffs, Gerardo Montoya Barajas, Yadira Yesenia Zavala Ibarría, Víctor Hugo Corchado, Agustín Magallanes Paz, Yuri Disraili Camacho Vega, And Gerardo Contreras Inda, hereby file the proof of service of the Summons, Complaint, and other case-initiating documents in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure.

1. On March 11, 2025, the Summons, Complaint, and other case-initiating documents were duly served upon Defendant Edgar Veytia. A true and correct copy of the proof of service is attached as Exhibit A. Any responsive pleading is due by April 1, 2025.

1

Dated: March 19, 2025

        By: /s/ Graham R. Cronogue
        Attorney for Plaintiffs,

        Graham Cronogue, (Bar No. 104436)
        Ashley Calcagno, (Bar No. 90029279)
        BAKER McKENZIE, LLP
        815 Connecticut Avenue, N.W.
        Washington, DC 20006
        Graham.Cronogue@bakermckenzie.com
        ashley.calcagno@bakermckenzie.com
        Phone: +1 202 835 6249

        Scott H. Frewing, (*pro hac vice* forthcoming)
        BAKER & McKENZIE LLP
        660 Hansen Way
        Palo Alto, CA 94304-1044
        Telephone: +1 650 856 2400
        Facsimile: +1 650 856 9299
        scott.frewing@bakermckenzie.com

        Paul L. Hoffman, (*pro hac vice* forthcoming)
        Melanie Partow, (*pro hac vice* forthcoming)
        U.C. Irvine School of Law
        Civil Rights Litigation Clinic
        P.O. Box 5479
        Irvine, CA 92616-5479
        Telephone: +1 310 717 7373
        hoffpaul@aol.com
        melaniepartow@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

        /s Graham Cronogue
        Graham Cronogue