

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RETURN TO SENDER
UNABLE TO IDENTIFY ADDRESSEE
INMATE NO LONGER AT THIS FACILITY
☒ INMATE NAME & NUMBER DO NOT MATCH
☐ OTHER

EDGAR VEYTIA
R60875-298
BROOKLYN
METROPOLITAN DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 329002
BROOKLYN, NY 11232

CAPITAL DISTRICT 208
16 APR 2025 PM 3

US POSTAGE PITNEY BOWES
ZIP 20001  $ 000.69⁰
02 7W
0008034592 APR 15 2025

RECEIVED
Mail Room
APR 28 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NIXIE    100  CE 1     0104/24/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20001           *2317-02407-16-40