## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

GERARDO MONTOYA BARAJAS,
YADIRA YESENIA ZAVALA IBARRÍA,
VÍCTOR HUGO CORCHADO, AGUSTÍN
MAGALLANES PAZ, YURI DISRAILI          Case No. 25-cv-00530-TJK
CAMACHO VEGA, AND GERARDO
CONTRERAS INDA, ALL INDIVIDUALS,
ON BEHALF OF THEMSELVES,

                    Plaintiffs,

        vs.

EDGAR VEYTIA,

                    Defendant.

_____

### ANSWER OF DEFENDANT EDGAR VEYTIA TO THE COMPLAINT

NOW COMES Edgar Veytia to reply to the Verified Complaint as follows:

1. The defendant, Edgar Veytia, was the Attorney General of the Mexican State of Nayarit and a member of the PRI political party. This Complaint and its allegations are made by a group of people working in concert with a former political opponent of defendant, named Rodrigo Gonzalez Barrios, who is a member of the rival PRD party. Mr. Gonzalez is also the self-appointed head of a "Truth Commission" in Nayarit that has used people, including these Plaintiffs, in order to make uniformly false allegations for the purpose of unjustly enriching themselves. This "Commission" is not a Government sponsored non-profit organization but rather a for-profit "shake-down" operation.  This case was spawned by Mr. Gonzalez and these plaintiffs.

2. Among the Plaintiffs is a corrupt former police officer allied with the Sinaloa Drug

Cartel (Plaintiff Camacho) and drug trafficker who used to work for the H-2 Cartel (Plaintiff Montoya). Plaintiffs have already made similar allegations against Defendant and others not named here in cases in Mexico. In fact, some Plaintiffs have already succeeded in extorting money from various people in Mexico through their wily use of legal processes.

### Applicable Law

3.  Claimant admits that this action is brought pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1350 but denies the substance of the key allegations and demands strict proof thereof.

4.  Claimant admits that this court is the proper venue for this action over this matter pursuant to 28 U.S.C. §§ 1391(b)(3).

### Factual Allegations[1]

5.  The Defendant denies the allegations in the first 5 paragraphs of the Complaint on pages 1 and 2.

6.  Defendant denies the Plaintiffs' allegations of having been tortured and coerced in paragraphs 6 to 10 (on pages 2 and 3) of the complaint. Defendant denies knowledge of whether Gerardo Montoya Barajas and Yadira Yesenia Zavala Ibarria are married. Defendant also denies knowledge of whether Montoya is a real estate broker but knows that he is also a long-time drug trafficker who worked for years for the H-2 Drug Cartel.

7.  Defendant admits that Plaintiff Yuri Disraeli Camacho Vega was a police officer but states that he was a thoroughly corrupt officer who simultaneously worked for the

---

[1] While Plaintiffs have not numbered the paragraphs in the Complaint, we will respond to the factual allegation portions of the Complaint in the order in which they were made.

Sinaloa Drug Cartel and had disputes with Defendant. Indeed, the Sinaloa Cartel and Plaintiff Camacho tried to murder Defendant.

8. Defendant admits that he was the Attorney General for the State of Nayarit and that he pleaded guilty to drug trafficking and served a sentence for that crime. Defendant is no longer incarcerated but denies that he ever orchestrated a campaign of terror against Plaintiffs or even harmed Plaintiffs in any way.

9. Defendant admits the allegations in Paragraphs 11, 12, 13 and 14 but denies that he adopted the name "Diablo" or that he used torture or killings against innocent civilians, as the Plaintiffs claim to be.

10. Plaintiff admits the basic allegations in Paragraphs 15 to 19 of the Complaint.

11. Regarding the specific allegations of fraud, coercion, violence and so on made by Plaintiffs as laid out in Pages 9 to 23 (Section E of the Complaint) these are all denied.

12. Defendant denies the allegations in the section entitled "PLAINTIFFS HAVE NO ADEQUATE ALTERNATIVE REMEDIES" on pages 23 and 24.

13. Indeed, to the contrary, Plaintiffs have made similar claims against the Defendant and others in Mexico; and some Plaintiffs have succeeded in obtaining money or things of value based upon their false and extortionate legal claims in Mexico.

14. Some Plaintiffs (such as Montoya) and their patron, Rodrigo Gonzalez Barrios, have been accused in Mexico of fraud and related crimes based upon their illegal use of legal processes to try to make money based upon false allegations. One Plaintiff, Victor Hugo Corchado (along with his father Jose Cruz Corchado), was already accused by his own lawyer in Mexico of trying to orchestrate a fraud against the Defendant Edgar Veytia. Were these Plaintiffs to repeat the Complaint's allegations under oath they

would be committing perjury in the United States.

### **Affirmative Defenses**

A.  Any relief sought is barred by the applicable ten-year statute of limitations as every allegation, other than those of the Plaintiff/drug trafficker Montoya, are more than ten years old.

B.  Any relief sought by the Complaint is barred by the doctrine of laches.

C.  Any relief sought by the Complaint is barred by the doctrine of unjust enrichment.

D.  Any relief sought by the Complaint is barred by the doctrine of res judicata.

E.   Any relief sought by the Complaint is barred by the doctrine of collateral estoppel.

WHEREFORE, the Defendant Edgar Veytia prays that the Complaint be dismissed, judgment entered on his behalf, and for such other and further relief as the court deems appropriate.

Respectfully submitted for
Edgar Veytia,

/s/ Alexei Schacht

Alexei Schacht
Attorney at Law
123 West 94th St.
New York, New York 10025
(646) 729-8180
alexei@schachtlaw.net

May 6, 2025

**CERTIFICATE OF SERVICE**

I, Alexei Schacht, Esquire, do hereby certify that I have this date (May 6, 2025) served upon all necessary parties to this matter by way of electronic filing via CM/ECD system.

/s/ Alexei Schacht

Alexei Schacht