IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES,<br><br>     Plaintiffs,<br><br>  v.<br><br>EDGAR VEYTIA,<br><br>     Defendant. | Civil Case No. 1:25-cv-00530-TJK |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and the Court's Standing Order (ECF No. 5), Plaintiffs Gerardo Montoya Barajas, Yadira Yesenia Zavala Ibarría, Víctor Hugo Corchado, Agustín Magallanes Paz, Yuri Disraili Camacho Vega, and Gerardo Contreras Inda and Defendant Edgar Veytia, by and through undersigned counsel, jointly and respectfully move for entry of the Stipulated Protective Order attached hereto as Exhibit A. In support of this Motion, the Parties state as follows:

1. The Parties anticipate the disclosure of materials during discovery that may contain sensitive or confidential information, including but not limited to, personally identifiable information, financial records, medical records, psychiatric records and other non-public information that may endanger any Party's safety or security.

2. Good cause exists for entry of the Stipulated Protective Order because public disclosure of such information would risk harm to the Parties' privacy and safety and may discourage full and candid discovery. The Protective Order would allow the Parties to designate certain materials as "Confidential"

or "Highly Confidential – Attorneys' Eyes Only" and make any disclosure of such confidential information or items subject to the terms and conditions of the Stipulated Protective Order.

3. The Stipulated Protective Order is narrowly tailored to protect legitimate confidentiality interests while preserving the Parties' ability to fully litigate their claims and defenses. It does not unduly restrict access to information or impair the public's interest in court proceedings.

4. The Stipulated Protective Order is consistent with the requirements of Rule 26(c), the Local Rules of this Court, and applicable precedent. It includes procedures for challenging confidentiality designations and for filing protected materials under seal when necessary and with leave of Court.

5. The Parties have conferred and jointly agreed to the terms of the Stipulated Protective Order, which is submitted herewith for the Court's consideration.

WHEREFORE, the parties respectfully request that the Court enter the Stipulated Protective Order attached as Exhibit A.

Dated: June 30, 2025                               Respectfully submitted,

*/s/ Graham Cronogue*                              */s/ Alexei Schacht*
Graham Cronogue, (Bar No. 104436)                  Alexei Schacht
Ashley Calcagno, (Bar No. 90029279)                123 West 94th St.
BAKER McKENZIE, LLP                                New York, New York 10025
815 Connecticut Avenue, N.W.                       Telephone: (646) 729-8180
Washington, DC 20006                               alexei@schachtlaw.net
Graham.Cronogue@bakermckenzie.com
ashley.calcagno@bakermckenzie.com                  *Counsel for Defendant Edgar Veytia*
Telephone: (202) 835-6249

Scott H. Frewing, (*pro hac vice* forthcoming)
BAKER McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
scott.frewing@bakermckenzie.com

Paul L. Hoffman, (*pro hac vice* forthcoming)
Melanie Partow, (*pro hac vice* forthcoming)
U.C. Irvine School of Law
Civil Rights Litigation Clinic
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (310) 717-7373
hoffpaul@aol.com
melaniepartow@gmail.com

*Counsel for Plaintiffs*