IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES, <br><br> Plaintiffs, <br><br> v. <br><br> EDGAR VEYTIA, <br><br> Defendant. | Civil Case No. 1:25-cv-00530-TJK |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.2(c) and Local Rule 44.1 (c)(2), Plaintiffs move for the admission and appearance of attorney Scott H. Frewing *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Scott H. Frewing, filed herewith. As set forth in Mr. Frewing's declaration, he is admitted and an active member in good standing the following bar and federal courts: State of California, Northern District of California, Central District of California, and the Ninth Circuit. This motion is supported and signed by Graham Cronogue, an active and sponsoring member of the Bar of this Court.

Dated:  August 19, 2025                              Respectfully submitted,

/s/ *Graham Cronogue*
Graham Cronogue (Bar No. 104436)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 416-7055

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

/s/ *Graham Cronogue*
Graham Cronogue