IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES,<br><br>            Plaintiffs,<br><br>       v.<br><br>EDGAR VEYTIA,<br><br>            Defendant. | Civil Case No. 1:25-cv-00530-TJK |

**RESPONSE IN SUPPORT OF MOTION FOR PRO HAC VICE**

Pursuant to this Court's Minute Order dated August 27, 2025, Plaintiffs file this response in support of the motion to admit Almudena Bernabeu *pro hac vice*. Undersigned counsel acknowledges that he has read and understands Local Rule 83.2(e)(1). Counsel filed this request because this is an extraordinary circumstance.

This matter involves complex and extremely important issues concerning human and civil rights abuses at the hands of a government official in Mexico. Baker & McKenzie, as *pro bono* counsel for the plaintiff victims, would benefit immensely from the assistance of Ms. Bernabeu in handling this matter. Counsel submits that the Court would as well. Ms. Bernabeu is a prominent civil and human rights lawyer with extensive experience litigating comparable human rights abuses. *See, e.g., Chavez v. Carranza*, 413 F. Supp. 2d 891 (W.D. Tenn. 2005). She has particular experience and expertise litigating Alien Tort Statute cases in U.S. federal courts. *See Barrueto v. Larios*, 205 F. Supp. 2d. 1325 (S.D. Fla. 2002).

Importantly, this would not be the first U.S. federal case in which she had a role. Indeed, in recognition of her expertise and skills, Ms. Bernabeu was part of the legal teams in several cases brought before US Federal Courts. Ms. Bernabeu was admitted as a foreign counsel member of the California Bar from 2002 to 2012. *See, e.g.*, Rules of the State Bar of Cal., R. 4.30 (permits bar admission to persons who have studied law in a foreign country, meet certain education and character requirements, and who sit for the California Bar Exam). She has successfully represented and supported parties in multiple U.S. court cases. For example, Ms. Bernabeu investigated and provided essential evidence to secure a civil judgment against Pedro Barrientos Nuñez, a former lieutenant in the Chilean military responsible for the torture and murder of Victor Jara. *Jara v. Nunez*, No. 6:13-cv-1426-Orl-37GJK, 2014 U.S. Dist. LEXIS 162509,* (M.D. Fla. Nov. 20, 2014). Her other federal court cases include:

- *Jaramillo v. Naranjo*, No. 10-21951-CIV-TORRES, 2014 U.S. Dist. LEXIS 138887 (S.D. Fla. Sep. 30, 2014) (brought on behalf of a female human rights attorney who was repeatedly threatened and allegedly murdered by the Bloque Central Bolivar, a paramilitary group in Colombia);

- *Ochoa Lizarbe v. Rondon*, 402F. App'x 834 ( 4th Cir. 2010) (brought on behalf of two Peruvian women alleging war crimes and human rights violations carried out against their family members by a former Lieutenant of the Peruvian Army);

- *Reyes v. Grijalba*, 02-22046-CIV-LENARD/BANDSTRA, slip op. (S.D. Fla. 2006); (brought on behalf of six survivors of torture carried out by the former Chief of Military Intelligence of Honduras);

- *Chavez v. Carranza*, 413 F. Supp. 2d 891 (W.D. Tenn. 2005) (brought on behalf of five victims alleging torture by Colonel Nicolas Carranza, the former Vice Minister of Defense of El Salvador);

- *Doe v. Saravia*, 348 F. Supp. 2d 1112 (E.D. Cal. 2004) (brought on behalf of El Salvador's Archbishop Oscar Romero, a human rights leader, who was murdered by members of a right-wing paramilitary group);

- *Barrueto v. Larios*, 205 F. Supp. 2d. 1325 (S.D. Fla. 2002) (brought on behalf of Winston Cabello and twelve other prisoners incarcerated by the Chilean Army to be tortured, abused, and executed);

- *Arce v. Garcia*, 434 F.3d 1254 (11th Cir. 2006) (brought on behalf of three Salvadoran citizens who were abducted, detained, and tortured by members of the National Guard of El Salvador).

As such, Plaintiffs respectfully request that this court grant Almudena Bernabeu's Motion for Pro Hac Vice admission.

To the extent this Court determines that admission is not appropriate at this juncture, we would respectfully ask for permission to have Ms. Bernabeu appear at counsel's table during any oral argument. She is an important representative to Plaintiffs who, due to a fear of reprisal and their own lack of financial resources, may not be able to attend all in-person hearings. Just as importantly, she has a deep and robust understanding of this particular case, as she—along with her well-credentialed and highly-respected organization—spearheaded much of this particular investigation. She can provide valuable assistance to pro bono counsel and the court during hearings to clear up any issues that may otherwise be lost in translation.

As such, Plaintiffs respectfully request that this court grant Almudena Bernabeu's Motion for Pro Hac Vice admission or, in the alternative, grant permission for her to appear as a party representative at any hearings or at trial.

Dated: August 29, 2025

Respectfully submitted,

*/s/ Graham Cronogue*
Graham Cronogue (Bar No. 104436)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 416-7055

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

*/s/ Graham Cronogue*
Graham Cronogue