IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO MONTOYA BARAJAS, YADIRA YESENIA ZAVALA IBARRÍA, VÍCTOR HUGO CORCHADO, AGUSTÍN MAGALLANES PAZ, YURI DISRAILI CAMACHO VEGA, AND GERARDO CONTRERAS INDA, ALL INDIVIDUALS, ON BEHALF OF THEMSELVES, <br><br> Plaintiffs, <br><br> v. <br><br> EDGAR VEYTIA, <br><br> Defendant. | Civil Case No. 1:25-cv-00530-TJK |

**DEFENDANT'S REPLY TO PLAINTIFFS' REQUEST FOR PRO HAC VICE ADMISSION OF ALMUDENA BERNABEU**

Alexei Schacht, an attorney admitted to practice in this District, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury that:

1. I make this reply following the Court's Minute Order, dated August 30, 2025.

2. At the outset, Defendant does not object to Ms. Bernabeu working on this case, sitting at counsel table during the trial or speaking to Plaintiffs' counsel in court and off-the-record or with witnesses privately.

3. Defendant does object to Ms. Bernabeu being permitted to appear as a lawyer in court to address the Court or to question witnesses in court. Why?

4. First, it cannot be that Baker & McKenzie, a global giant is not equipped to try the case. Indeed, they have offices in Mexico, the site of all of the events at issue in this case. If so, they should not have accepted this case *pro bono.*

5.      Second, the case is not "complex" as claimed by the Plaintiffs (see page 1 of the Plaintiffs Response). It is quite simple. My client either tortured the plaintiffs within the statute of limitations or he did not. The defendant denies that he did so and will testify to that. Presumably the Plaintiffs will say something else. The fact-finder will decide whom to believe. This is as simple as cases get.

6.      Also, Mr. Bernabeu has not been involved in "comparable" cases as claimed by the Plaintiffs. *Id.* The cases she has worked on, or at least those cited by Plaintiffs, seem to involve torture and murder, like the case of Victor Jara.

7.      This case, by contrast, involves several groups of people (the Plaintiffs) who were brought together by a man in Mexico to bring false accusations of torture against the defendant. The people claiming that they were tortured, the Plaintiffs, have no signs of even mild injury, let alone death. So, this case is far different from torture/murder cases by Chilean government officials on which Ms. Bernabeu may have worked.

8.      Most importantly, Plaintiffs write that Ms. Bernabeu was involved in the investigation of the case and they imply she has unique knowledge about the facts of the case and is able to "clear up any issues that may be lost in translation." This sounds like they propose that she will either be a witness and a lawyer or that using her proposed role as a lawyer she will essentially testify without being sworn.

9.      This is not how trials work, as the Court is well aware. The court-certified translators are very good and all parties must rely on their translation. Lawyers ask questions - and sometimes judges do as well – and witnesses answer them. If

facts are unclear then good lawyers will clarify them through direct or cross-examination. I am positive that Baker & McKenzie has good lawyers.

10.     In short, there is simply no need for *pro hac vice* counsel, especially where there appears to be the risk that this person will violate the witness/advocate rule, even unintentionally.

                                                      Respectfully submitted,

                                                      _____

                                                      Alexei Schacht
                                                      Attorney for Defendant
                                                      123 West 94th Street
                                                      New York, New York 10025
                                                      Phone: (646) 729-8180
                                                      Fax: (212) 504-8341
                                                      Email: alexei@schachtlaw.net

Dated:        September 2, 2025