## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GERARDO MONTOYA BARAJAS,
YADIRA YESENIA ZAVALA
IBARRÍA, VÍCTOR HUGO CORCHADO,
AGUSTÍN MAGALLANES PAZ, YURI
DISRAILI CAMACHO VEGA, GERARDO
CONTRERAS INDA, IRIS MAGALLANES
MONTES DE OCA, AND BRENDA
MAGALLANES MONTES DE OCA ALL
INDIVIDUALS, ON BEHALF
OF THEMSELVES,

        Plaintiffs,

    v.

EDGAR VEYTIA,

        Defendant.

Civil Case No. 1:25-cv-00530-TJK

## JOINT STATUS REPORT

Plaintiffs Gerardo Montoya Barajas, Yadira Yesenia Savala Ibarria, Victor Hugo Corchado, Agustin Magallanes Paz, Yuri Disraili Camacho Vega, Gerardo Contreras Inda, Iris Magallanes Montes de Oca, and Brenda Magallanes Montes de Oca (collectively, "Plaintiffs") and Defendant Edgar Veytia ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit this Joint Status Report:

1. This status report is submitted in advance of the April 7, 2026, telephonic post-discovery status conference scheduled by this Court in its February 11, 2026 Minute Order.

2. The Parties will attend the telephonic discovery status conference, and the Parties submit this report in order to update the Court in writing of important developments.

1

3.      Discovery is near completion, with the exception of Defendant's deposition, which was originally scheduled for March 10, 2026, but could not go forward due to the availability of counsel for Defendant.  That deposition is now scheduled for May 6, 2026.

4.      The Parties request a further case management conference with the Court following the deposition of Defendant.

5.      Due to changes in personnel, counsel for plaintiffs anticipate additional local counsel to join the case.

Dated: April 6, 2026                                      Respectfully submitted

*/s/ James Gilmore*
James Gilmore (Admitted *pro hac vice*)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 416-7055

Scott H. Frewing, (Admitted *pro hac vice*)
BAKER McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
scott.frewing@bakermckenzie.com

*Attorneys for Plaintiffs*

*/s/       Alexei Schacht*
Alexei Schacht, Esq. (Bar No. TX0052)
alexei@schachtlaw.net
123 West 94th Street
New York, N.Y. 10025
Tel: +1 646 729 8180
Fax: +1 212 504 8341

*Attorney for Defendant*

2