IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERARDO MONTOYA BARAJAS,
YADIRA YESENIA ZAVALA
IBARRÍA, VÍCTOR HUGO CORCHADO,
AGUSTÍN MAGALLANES PAZ, YURI
DISRAILI CAMACHO VEGA, GERARDO
CONTRERAS INDA, IRIS MAGALLANES
MONTES DE OCA, AND BRENDA
MAGALLANES MONTES DE OCA ALL
INDIVIDUALS, ON BEHALF
OF THEMSELVES,

          Plaintiffs,

       v.

EDGAR VEYTIA,

         Defendant.

Civil Case No. 1:25-cv-00530-TJK

**JOINT STATEMENT REGARDING PRETRIAL PREPARATION**

Pursuant to the Court's Order dated May 26, 2026, Plaintiffs Gerardo Montoya Barajas, Yadira Yesenia Savala Ibarria, Victor Hugo Corchado, Agustin Magallanes Paz, Yuri Disraili Camacho Vega, Gerardo Contreras Inda, Iris Magallanes Montes de Oca, and Brenda Magallanes Montes de Oca (collectively, "Plaintiffs") and Defendant Edgar Veytia ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit this Joint Statement Regarding Pretrial Preparation:

1.     This status report is submitted in advance of the June 4, 2026, telephonic status conference scheduled by this Court in its May 26, 2026, Order.

2.     The Parties will attend the telephonic discovery status conference, and the Parties submit this report to respond in advance to some of the trial preparation questions identified by the Court.

1

3.      Based on the prior discussion with the Court, the parties anticipate a potential trial date in early 2027, and certain of the following details are based on that assumption:

a.  **Witnesses**. The Parties anticipate calling a combined total of approximately 15 witnesses at trial. The Parties will submit individual witness lists, including designations of will-call and may-call witnesses, in accordance with the Court's anticipated pretrial order. Plaintiffs wish to inform the Court that the Plaintiffs and most witnesses will require U.S. visas to travel to testify at trial.  Upon the setting of a trial date, Plaintiffs will issue trial subpoenas and submit applications for those witnesses to the appropriate consular office.  If Plaintiffs and witnesses are not granted timely visas, Plaintiffs will respectfully request that the Court consider a continuation of the trial date, or if ultimately necessary, to testify remotely via video.

b.  **Exhibits.**  The Parties anticipate introducing approximately 200 exhibits at trial. The Parties will exchange and submit joint and separate exhibit lists, with objections noted, in accordance with the Court's anticipated pretrial order. To permit potential motions in limine regarding exhibits, the Parties respectfully propose that the Exhibit list exchange date precede the due date for motions in limine. If the Court orders a January 2027 trial date, the Parties respectfully propose an exhibit list exchange date in early October.

c.  **Dispositive Motions**. The Parties do not anticipate filing any dispositive motions.

d.  **Motions in Limine**.  The Parties anticipate filing motions in limine prior to trial and will submit such motions in accordance with the schedule established by

the Court.  If the Court orders a January 2027 trial date, the Parties respectfully suggest a motion in limine date in late October or early November.

e.  **Translations of Foreign-Language Exhibits**. The Parties have identified written exhibits that are not in the English language. The Parties agree to exchange translations 60 days prior to trial, and to meet and confer to reach agreement upon certified translations of all such exhibits no later than 45 days prior to the date of trial. In the event the Parties are unable to agree upon a translation, they will promptly notify the Court and request a hearing.

f.  **Interpreter**. The Parties anticipate that interpreter services will be required at trial. The Parties agree to retain one or more mutually agreeable interpreters no later than 45 days prior to the date of trial. In the event the Parties are unable to agree upon an interpreter, they will promptly notify the Court.

Dated: June 2, 2026

Respectfully submitted

/s/ Scott H. Frewing
Scott H. Frewing, (*pro hac vice*)
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Tel: +1 650 856 2400
Fax: +1 650 856 9299
scott.frewing@bakermckenzie.com

James Gilmore (*pro hac vice*)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 416-7055

*Attorneys for Plaintiffs*

/s/ Alexei Schacht
Alexei Schacht, Esq. (Bar No. TX0052)
alexei@schachtlaw.net
123 West 94th Street
New York, N.Y. 10025
Tel: +1 646 729 8180
Fax: +1 212 504 8341

*Attorney for Defendant*